Donald G. Lewis, SBN 92808
Kent M. Walker, SBN 173700
David M. Kohn, SBN 246756
Michael T. Lane, SBN 248624
LEWIS KOHN & FITZWILLIAM, L.L.P.
10935 Vista Sorrento Parkway
Suite 370
San Diego, California, 92130
Telephone: (858) 436-1330
Facsimile: (858) 436-1349

*Attorneys for Plaintiff*
*COAST MOLDING, INC.*

Gerald P. Schneeweis, SBN 101331
MORRIS POLICH & PURDY LLP
600 West Broadway, Suite 500
San Diego, California 92101
Telephone: (619) 557-0404
Facsimile: (619) 557-0460

Michael P. Chu
Lawrence M. Chen
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
PRO HAC VICE

*Attorneys for Defendant*
*AM CONSERVATION GROUP, INC.*

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST MOLDING, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AM CONSERVATION GROUP, INC., a New Jersey corporation,<br><br>    Defendant. | Case No.  11-CV-0697 CAB MDD<br><br>District Judge Cathy Ann Bencivengo<br>Magistrate Judge Mitchell D. Dembin<br>Courtroom: 4C<br><br>JOINT MOTION TO DISMISS ACTION |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties to this action, through their undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice in light of settlement of this matter. The parties jointly move the Court to dismiss the action, with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully Submitted,

Dated: October 10, 2013        LEWIS KOHN & FITZWILLIAM, L.L.P.

                               By:     s / Donald G. Lewis
                                       Donald G. Lewis

                               Attorneys for Plaintiff and CounterDefendant
                               COAST MOLDING, INC.

Dated: October 10, 2013        MORRIS POLICH & PURDY LLP

                               By:     s/ Gerald P. Schneeweis
                                       Gerald P. Schneeweis

                               Attorneys for Defendant and CounterClaimant
                               AM CONSERVATION GROUP, INC.

///

///

///

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Gerald P. Schneeweis, counsel for Defendant AM Conservation Group, INC, and that I have obtained Mr. Schneeweis' authorization to affix his electronic signature to this document.

s/ Donald G. Lewis
Attorneys for Plaintiff and CounterDefendant
COAST MOLDING, INC.
E-mail: dlewis@lewiskohn.com

///

///

///

CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail (N/A).  Parties may access this filing through the Court's electronic filing system.

    Gerald P. Schneeweis
    MORRIS POLICH & PURDY LLP
    600 West Broadway, Suite 500
    San Diego, California 92101
    Telephone: (619) 557-0404
    GSchneeweis@mpplaw.com

    Attorneys for Defendant
    AM CONSERVATION GROUP, INC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on October 10, 2013, in the City of San Diego, State of California.

                                      s/Donald G. Lewis
                                      Donald G. Lewis

///
///
///