# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST MOLDING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AM CONSERVATION GROUP, INC., a New Jersey corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 11cv0697-CAB (MDD)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS<br><br>[Doc. No. 60] |

Having read and considered the Joint Motion of the parties to dismiss this action with prejudice in light of settlement, it is ORDERED that the Joint Motion [Doc. No. 60] is GRANTED and this action be, and hereby is, dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: October 10, 2013

_____
**CATHY ANN BENCIVENGO**
United States District Judge

11CV0697